Opinion filed August 28, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed August 28,
2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00111-CV

                                           __________

 

                                    TOMMY VAN SMITH, Appellant

 

                                                             V.

 

                                      SHEILA
VAN SMITH, Appellee

 



 

                                         On
Appeal from the 211th District Court

 

                                                         Denton
County, Texas

 

                                           Trial
Court Cause No. 2003-30466-211

 



 

                                             M
E M O R A N D U M   O P I N I O N

Tommy
Van Smith has filed in this court a motion to dismiss his appeal.  The motion
is unopposed.  The motion is granted, and the appeal is dismissed.

 

 

PER CURIAM

August 28, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.